1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7                IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 LILLIAN ALONZO                )
                                 )   Civil Action No. 1:04-CV-6676 OWW TAG
11                               )
            Plaintiff,           )   STIPULATION AND ORDER
12                               )
   vs.                           )
13                               )
   JO ANNE B. BARNHART,          )
14 Commissioner of Social        )
   Security,                     )
15                               )
            Defendant.           )
16 _____)

17

18
       IT IS HEREBY STIPULATED by and between the parties as follows: that
19
   appellant be granted a 30 day extension of time, until September 16, 2005, in which to file
20
   and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed,
21
   December 9, 2004, shall proceed under the time limit guidelines set therein.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27

28

| | | |
|---|---|---|
| 1 | Dated: August 18, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: August 18, 2005 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| | | By: /s/ Kristi C. Kapetan |
| 6 | | (as authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated: August 29, 2005 | |
| 10 | | Theresa A. Goldner |
| | | UNITED STATES MAGISTRATE JUDGE |