1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10 LILLIAN ALONZO              )
                               )   Civil Action No. 1:04-CV-6676 OWW TAG
11                             )
            Plaintiff,         )   STIPULATION AND ORDER
12                             )
   vs.                         )
13                             )
   JO ANNE B. BARNHART,        )
14 Commissioner of Social      )
   Security,                   )
15                             )
            Defendant.         )
16 _____ )

17

18
       IT IS HEREBY STIPULATED by and between the parties as follows: that
19
   appellant be granted an additional 30 day extension of time, until October 16, 2005, in
20
   which to file and serve Plaintiff's Opening brief.  All remaining actions under the
21
   scheduling order filed, December 9, 2004, shall proceed under the time limit guidelines set
22
   therein.
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

1  Dated: September 16, 2005            /s/ Gina Fazio

2                                       GINA FAZIO,
                                        Attorney for Plaintiff.
3
   Dated: September 19, 2005
4                                       MCGREGOR SCOTT
                                        United States Attorney
5
                                        By: /s/ Kristi C. Kapetan
6                                       (as authorized via facsimile)
                                        KRISTI C. KAPETAN
7                                       Assistant U.S. Attorney

8  IT IS SO ORDERED.

9  **Dated:   September 21, 2005**            **/s/ Theresa A. Goldner**
   j6eb3d                                UNITED STATES MAGISTRATE JUDGE
10