# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN ALONZO, | Case No. 1:04-cv-6676-OWW-TAG |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 20) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER DIRECTING REMAND PURSUANT TO SENTENCE FOUR of 42 U.S.C. § 405(g) |
| Defendant. | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF AND AGAINST DEFENDANT |

     Plaintiff Lillian Alonzo ("Plaintiff") filed a Social Security complaint seeking this Court's review of an administrative law judge's decision that Plaintiff is not entitled to Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §1381 et seq. (Doc. 1). On March 7, 2007, the Magistrate Judge filed a report and recommendation which was served on the parties and contained notice that any objections to the report and recommendation were to be filed within eleven (11) days of the date of service. (Doc. 20). The parties have not filed any objections.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court finds the report and recommendation filed on March 7, 2007, to be supported by the record and by the Magistrate Judge's analysis.

\\\

\\\

Accordingly, IT IS HEREBY ORDERED that:

1.  The report and recommendation filed on March 7, 2007 (Doc. 20), is ADOPTED IN FULL;

2.  Plaintiff's complaint (Doc. 1) is GRANTED with respect to the issue of Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq.;

3.  The matter is ORDERED remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for development of the record and further consideration, consistent with the report and recommendation, of Claimant's status as disabled, including, but not limited to, whether Claimant retains the residual functional capacity to perform her past work, if any, or any other gainful, substantial work within the economy. See 20 C.F.R. §§ 404.1520(e)-(g), 416.920(e)-(g). Further, in the event that the administrative law judge finds on remand that Claimant is disabled, he must consider whether substance abuse is a contributing factor material to that finding, pursuant to 20 C.F.R. § 416.935; and

4.  The Clerk of Court is DIRECTED to enter judgment for plaintiff Lillian Alonzo and against defendant Michael J. Astrue and to close this action. IT IS SO ORDERED.

**Dated:   March 26, 2007**              /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE