McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LILLIAN ALONZO,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:04-cv-6676-OWW-TAG<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND DOLLARS ($3,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of THREE THOUSAND DOLLARS ($3,000.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C.

1  § 406(b).

2                                              Respectfully submitted,

4  Dated: *July 10, 2007*                      */s/ Gina Fazio*
                                               (As authorized via facsimile)
5                                              GINA FAZIO
                                               Attorney for Plaintiff

7  Dated: *July 9, 2007*                       McGREGOR W. SCOTT
                                               United States Attorney
8                                              LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
9                                              Social Security Administration

                                               */s/ Dennis J. Hanna*
11                                             DENNIS J. HANNA
                                               Special Assistant U.S. Attorney

13                                      **ORDER**

14  IT IS SO ORDERED.

15  **Dated:   July 10, 2007**                 **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE

2